# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICHARD LEE SIMKINS, III, | : | Case No. 3:19-cv-00228 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| JOSHUA SPEARS, et al., | : | |
| Defendants. | : | |

# ORDER TRANSFERRING REFERENCE

The referral of this case is hereby transferred from Magistrate Judge Sharon L. Ovington to the docket of Magistrate Judge Michael J. Newman.


August 23, 2019                 *s/Sharon L. Ovington*
                                Sharon L. Ovington
                                United States Magistrate Judge


August 23, 2019                 *s/Michael J. Newman*
                                Michael J. Newman
                                United States Magistrate Judge