UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RICHARD LEE SIMKINS, III,

       Plaintiff,

vs.

JOSHUA SPEARS, *et al.*,

       Defendants.

Case No. 3:19-cv-228

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

_____

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO
PROCEED WITHOUT PREPAYMENT OF FEES (DOC. 1); AND (2) HOLDING
SERVICE PENDING INITIAL REVIEW UNDER 28 U.S.C. § 1915**

_____

This civil case is before the Court on the motion filed by *pro se* Plaintiff Richard Lee Simkins, III ("Plaintiff") for leave to proceed without the prepayment of fees, *i.e.*, to proceed *in forma pauperis* ("IFP").  For good cause shown, Plaintiff's motion (doc. 1) is **GRANTED**.  The Clerk is **ORDERED** to separately file Plaintiff's complaint and the attachments thereto.  The Court further **ORDERS** that service of process be stayed pending an initial review by the Court pursuant to 28 U.S.C. § 1915.

      **IT IS SO ORDERED.**

Date:   September 12, 2019

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge