# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| Richard Lee Simkins, III | ) |
| *Plaintiff* | ) |
| v. | ) |
| Joshua Spears, et al. | ) |
| *Defendant* | ) |

Civil Action No.  3:19-CV-228

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Judgment in favor of Defendants and against Plaintiff

.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice _____ on a motion for

    Report and Recommendations

Date:  __11/14/19_____

CLERK OF COURT

*Signature of Clerk or Deputy*